# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Feifei Gu

                                Plaintiff,                    **Case No.**

         v.

Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen,

Hui Chen, Qiubo Li, 252685 ST LLC, Yu Ying Wu,                **Complaint**

THE LLC D/B/A. Xiao Guo Group Inc, Athanasia DiMaggio,

Chat Mui Chan, Hugo Salazar, RE/MAX Real Estate Professionals,

Amy Lessinger, as President of RE/MAX, LLC,  RE/MAX, LLC,

Erik Carlson, as CEO of RE/MAX Holdings,                      **JURY TRIAL**

RE/MAX Holdings, ADA Vincent James Didonato III,             **DEMANDED**

ADA John Does (1-2), ADA Jane Doe, ADA Lawrence

Lusher, Eric Gonzalez, as  Kings County District Attorney,

Nancy Hoppock, as Chief Assistant of Kings County District Attorney's Office,

Nicole Chavis, as Chief of Staff of Kings County District Attorney's Office,

Joseph P. Alexis, as Chief of Trials of Kings County District Attorney's Office,

Richard Boye, as Deputy Chief of Trials of Kings County District Attorney's

Office, Janet Gleeson, as Chief of Court Operations of Kings County District

Attorney's Office, David Z. Klestzick, as Deputy Chief of Trials of Kings County

District Attorney's Office, Patricia Mcneill, as Chief of Investigation of Kings

County District Attorney's Office, Fran Weiner, as Executive ADA Legal

Recruitment and Training of Kings County District Attorney's Office,

Joseb Gim, as Chief of Criminal Court Unit, Kin W. Ng, as Bureau Chief,

the City of New York, Letitia James as Attorney General of State of NY,

Defendants

------------------------------------------------------------------------------------x

Plaintiff Feifei Gu sworn under penalty of perjury and alleges as follows:

## I. PARTIES

1. Defendants Hang Chen (see Exhibit 1-2), Emily Hui Chen-Liang (see Exhibit 3), Susana Chong Chen (see Exhibit 4), Hui Chen (see Exhibit 5) are agents of RE/MAX Real Estate Professionals, and agents of 252685 ST LLC,

2. Defendants Athanasia DiMaggio (see Exhibit 6), Chat Mui Chan (see Exhibit 7), Hugo Salazar (see Exhibit 8-9) are owners of RE/MAX Real Estate Professionals, located at 8402 20th Ave, Brooklyn, NY 11214, 6423 11th Ave, Brooklyn, NY 11219, 261 4th Ave, Brooklyn, NY 11215, and 969 3rd Ave, Brooklyn, NY 11232,

3. Defendant Yu Ying Wu (see Exhibit 10-11) is the owner of THE LLC D/B/A Xiao Guo Group Inc, and also the repair person who responded to police on 01/02/24,

4. Defendant Qiubo Li is member of 252685 ST LLC (see Exhibit 12), a resident of Florida, who resides in 7387 Sika Deer Way, Fort Myers, FL 33966, and works and owns China Wok located at 3285 Cleveland Ave, Fort Myers, FL 33901,

5. Defendants John Does (1-2) and Jane Doe are ADAs who appeared at Plaintiff's 05/16/24 Kings County Criminal Court Hearing,

6. Defendant Vincent James Didonato III (see Exhibit 13) is the ADA assigned to *The People of the State of NY v. Feifei Gu*, case # CR-001793-KN,

7. Defendant Lawrence Lusher (see Exhibit 14-15) is the screener of case # CR-001793-KN at Early Case Assessment Bureau at Kings County District Attorney's Office,

8. Plaintiff Feifei Gu is the Defendant in CR-001793-KN, and a resident at 2526 85st, 2F, Brooklyn, NY 11214,

9. The identity of the rest Defendants are reflected in the Caption,


## II. JURISDICTION

1. Federal subject matter jurisdiction exists under 42 U.S.C.1983, this Court also has supplemental jurisdiction of this case as defined in 28 U.S.C.1367 (a) for state law causes of action,

2. Venue is proper in this district pursuant to 28 U.S. Code § 1391(d) as the City and NY Attorney General's Office is located in New York County.

## III. NATURE OF THE ACTION

i. *The People of the State of NY v. Feifei Gu,*

case # CR-001793-KN

1. In 01/01/24 evening, Defendants Hang Chen, Susana Chong Chen, Emily Hui Chen-Liang reported to 911 that Plaintiff Feifei Gu destroyed the security camera placed over the door of 2F at 2526 85st, Brooklyn, NY 11214, police Joseph Robinson and police Daniel Siani came to the scene on 01/02/24 (see Exhibit 16-17 Body Camera Footage link),

2. Plaintiff was arrested on 01/12/24 8:40 PM at residence, then detained for 25 HOURS, suffered 25 HOURS of emotional turmoil, without sleeping for a single second, and was arraigned on 01/13/24 10 PM at Kings County Criminal Court,

3. Based on Superseding Information (see Exhibit 18), Defendant Vincent James Didonato III and Defendant Hang Chen stated the following:

1) December 31, 2023 at approximately 02:20 AM at 2526 85 street, Plaintiff Feifei Gu damaged security camera,

2) The informant Hang Chen observed via video surveillance that Plaintiff Feifei Gu using a stick to strike and damage one surveillance camera valued at $450,

3) The informant Hang Chen is the custodian of the security camera,

4. Based on Complaint Room Screening Sheet (see Exhibit 14) by Defendant ADA Lawrence Lusher, it stated that <u>Defendant Hang Chen owns the building and installed CCTV cameras,</u>

5. On 05/16/24 Court Hearing, ADA John Does (1-2) and Jane Doe indicated the People would continue pursuing this case against Plaintiff Feifei Gu.

ii. Defendant Hang Chen, Emily Hui Chen-Liang, Susanan Chong Chen's
Fabrication of Criminal Case against Plaintiff Feifei Gu

## 1. Defendant Hang Chen is not the custodian of
## the alleged damaged camera

1) From Body Camera footage of police Joseph Robinson (see Exhibit 16)
at <u>2:25 - 2:36</u>,  Defendant Emily Hui Chen-Liang stated:

"...we have another owner who also owns the house, only two owners, **and the
other owner in Florida, and he has access to the security camera...**"

2) From Body Camera footage of police Joseph Robinson (Exhibit 16)
at <u>12:38-12:50</u>, Defendant Susana Chong Chen and police Joseph Robinson stated
the following:

police Joseph Robinson: So who owns the camera? It's the old owners or the new
owners, or you guys?

Susana Chen: The new owner, the owner that's away,

police Joseph Robinson: **So the new owner that's away, that's his camera**?

Susana Chen: **Yes**

police Joseph Robinson: **So he is not here, the owner,**

Susana Chen: **Yes**

3) Therefore, Defendant Hang Chen and ADA Vincent James Didonato III lied in
superseding information that Hang Chen is the **custodian** of the security camera.

**2. Defendants Qiubo Li, Emily Hui Chen-Liang, Susana Chong Chen, Hang Chen provided falsified evidence of the "damaged" camera**

1) Referring to Exhibit 19 - evidence provided by above defendants, Defendants Qiubo Li, Emily Hui Chen-Liang, Susana Chong Chen, Hang Chen circled **DO4** in the camera list captured at 2:12 to prove that the camera was damaged, which is the only evidence in support of the People's allegation that Plaintiff damaged the security camera,

2) However, the camera alleged to be damaged is **CAM01** over the door of 2F, see Exhibit 20 (screenshot of videos provided by above Defendants), not **DO4**,

3) Besides,

- Exhibit 20, which was captured on 12/31/24 22:03:34, shows clear picture,

- From Body Camera footage of police Joseph Robinson (Exhibit 16) at 8:36-8:38 The indicator light is flashing as the normal working mode, not disconnected

- Thus above facts contradicted with above defendants and the People's allegation that the camera was damaged by Plaintiff,

4) Neither Police Joseph Robinson nor Daniel Siani ever personally checked the camera.

5) Defendant Hang Chen and ADA Vincent James Didonato III thus LIED in

### 3. Defendant Qiubo Li, Emily Hui Chen-Liang, Susana Chong Chen, Hang Chen, Yu Ying Wu, THE LLC D/B/A Xiao Guo Group Inc Falsified the Payment Receipt of Camera

A.Defendants Qiubo Li, Emily Hui Chen-Liang, Susana Chong Chen, Hang Chen never paid for the new camera

1. From Body Camera footage of police Joseph Robinson (Exhibit 16),

at <u>9:58-10:10</u>,

repairperson Yu Ying Wu stated,

"Can I go to basement?
I go to basement, the new camera,
Damaged the old camera, it's damaged"

2. From Body Camera footage of police Daniel Siani (Exhibit 17),

at <u>31:28-31:32</u>,

Defendant Hang Chen stated to police Daniel Siani regarding the invoice:

"This is not including because he (repairperson Yu Ying Wu) didn't know the camera need to be fixed, every camera is 450,"

3. It can be concluded that Yu Ying Wu did not know the camera need to be fixed, so he did not bring any cameras with him, thus he went to basement of 2526 85 st to get the camera - it can be hereby inferred that the new camera was not brought by Yu Ying Wu, but owned by 252685 ST LLC,

4. Therefore, Defendants Qiubo Li, Emily Hui Chen-Liang, Susana Chong Chen, Hang Chen, Yu Ying Wu, THE LLC D/B/A Xiao Guo group Inc falsified the Payment Receipt of camera.

## B. The Three Receipts were all forged

1) There are even three DIFFERENT receipts presented by Defendants Qiubo Li, Emily Hui Chen-Liang, Susana Chong Chen, Hang Chen, and Yu Ying Wu and THE LLC D/B/A Xiao Guo Group Inc:

Receipt 1 (see Exhibit 21) has no camera charge,

Receipt 2 (see Exhibit 22) has camera charge and wrote "paid 01/02/24" with a signature,

Receipt 3 (see Exhibit 23) has camera charge and wrote "Paid in Full Cash 01/02/24"

2) The invoice's date is **01/01/24**, however, from body camera footage, police arrived on **01/02/24** and then Yu Ying Wu started "repair",

- as such, receipt date even did not match - all three receipts were forged.

iii.

Campaign of Harassment Orchestrated by Qiubo Li, Hang Chen,

Emily Hui Chen-Liang, Susana Chong Chen, Hui Chen, Yu Ying Wu

1

1. Referring to Exhibit 24, on 12/19/23, 252685 ST LLC bought the premise from

Raymond Chan and Xin Mei Chen,

2. See Exhibit 25, Raymond Chan's sworn Affirmation in LT-001285-23/KI:

"On December 19, 2023, Respondent sold the subject premises to **Remax**"

2

3. On 12/20/24, Plaintiff sent text messages to Defendant Emily Hui Chen-Liang

and Defendant Hang Chen regarding no heat and no hot water (see Exhibit 26), and

wrote "so tomorrow if same issue you will come to check?"

4. However, on 12/21/24, having not come inside to check, Defendant Emily Hui

Chen-Liang sent a message to Plaintiff, see Exhibit 27,

"As per landlord, if this is a **fraudulent complaint** again, we will add this cost to

your bill",

5. Plaintiff found later that the person claimed by Defendant Emily Hui

Chen-Liang to be a professional from the management team who came to check

the boiler was NEVER A PROFESSIONAL but Defendant Yu Ying Wu - the same

person who came to fix the security camera (see Exhibit 28),

6. On 12/26/23, HPD inspector issued **NO HOT WATER violation** after inspecting Plaintiff's 2F premise, and also noted Locked Boiler Room violation (see Exhibit 29),

7. See Exhibit 30, on 01/08/24, Defendants Qiubo Li, Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, Hui Chen **certified their correction to HPD**.

3

8. Also on 12/26/24, Defendant Qiubo Li signed the **Notice of Termination of tenancy** (see Exhibit 31),

9. Facts being Defendants Qiubo Li, Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, Hui Chen refused to sign a lease with Plaintiff,

4

10. On 12/29/24, a person came into the premises and tipped over Plaintiff's security camera (see Exhibit 32 video link), when asked, Defendant Hang Chen would not disclose the identity of the person (see Exhibit 33), neither did Emily Hui-Chen Liang nor Susana Chong Chen, Hui Chen disclose the identity of the person, Plaintiff reported Harassment to 911,

11. On 12/31/24, without any prior notice, Defendant Hang Chen took off the pic of the unidentified person who tipped over Plaintiff's security camera and only placed on Plaintiff's door a Notice to HPD, instead of on other tenants' door, while

being asked again who the person on 12/29/24 was, Defendant Hang Chen again refused to say anything and behaved in a rude manner (see Exhibit 34),

12. It was until 03/12/24 Plaintiff knew that Defendant Hang Chen did not allow Emily Hui-Chen Liang to say anything regarding the identity of the person on 12/29/24 (see Exhibit 35),

13. Later, from Exhibits that above defendants submitted in 505280/2024, Plaintiff found that on 12/29/23 it was Defendant Hui Chen who opened the door and let the unidentified person - Ted Somos inside the building (see Exhibit 36),

14. However, from Body Camera footage, Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen misrepresented to the police that Plaintiff filed a harassment report of their attorney Ted Somos for no reasons and harassed them, LIARS!

5

15. On 02/08/24, Defendant Qiubo Li, Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, Hui Chen joined HP action (to obtain repairs) ON CONSENT through their attorney Mark Salems (see Exhibit 37),

16. Referring to Exhibit 38, there were **36 Violations issued by HPD**, Defendant Emily Hui Chen-Liang, Susana Chong Chen, Hang Chen thus misrepresented to police that Plaintiff filed false complaints to 311,

17. Defendants Qiubo Li, Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, Hui Chen were ordered by the Court to correct all violations starting 03/04/24 (see Exhibit 39),

18. On 03/04/24, Defendant Hang Chen referred Plaintiff as "Bullshit" when talking to Defendant Emily Hui Chen-Liang, and called the police when he could not even show his proof of ownership of the building, the police arrived, and did not allow him to come in (see Exhibit 40),

6

19. At all time, Defendant Hang Chen claimed to be owner of 252685 ST LLC, However, in case# 505280/2024, *252685 ST LLC, Hang Chen, Emily Hui Chen-Liang v. Feifei Gu, Yu Hin Chan,* see Exhibit 41, Defendant Hang Chen sworn under penalty of perjury on 01/31/24 that he is the **agent** of 252685 ST LLC (see Exhibit 41),

20. Defendant Hang Chen thus misrepresented to police that he is the owner of 252685 ST LLC,

7

21. In messages sent to Defendant Hang Chen, Plaintiff never wrote "I will go behind you," as claimed by Defendant Hang Chen (see Exhibit 42),

22. Defendant Hang Chen thus lied to police that Plaintiff sent him such text message to get Order of Protection to kick Plaintiff out of the house,

8

23. In case# 505280/2024, *252685 ST LLC, Hang Chen, Emily Hui Chen-Liang v. Feifei Gu, Yu Hin Chan,* Defendant Qiubo Li, Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, stated,

"Upon information and belief, on or about December 31, 2023, Defendant filed Complaints Report No. 2023-62-8980 claiming aggravated harassment, see Exhibit 43,

24. However, the above mentioned police report was not filed by Plaintiff Feifei Gu but Defendant Qiubo Li, Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, Hui Chen as that day Plaintiff called the police but police refused to file harassment report against Hang Chen,

25. In Body Camera footage of police Joseph Robinson (Exhibit 16) at <u>4:35-4:46</u>, Emily Hui Chen-Liang stated to police: "We already filed harassment report, we have that, with 911, and also the tenants gave us a letter that, I mean she has been harassing other tenants as well"

26. Also in body camera footage, Defendant Hang Chen stated he went to 62 Police Precinct to file a report on 12/31/24, thus the report was exactly the one

filed by Defendant Qiubo Li, Hang Chen, Emily Hui Chen-Liang, Susana Chong

Chen, Hui Chen.


27. However, Plaintiff never started any fight with any neighbors, not to even say

harassment.

First Cause of Action

Conspiracy to Violate Plaintiff's Fourteenth and Fourth Amendment Right against Emily Hui Chen-Liang, Hang Chen, Susana Chong Chen, Qiubo Li, Hui Chen, 252685 ST LLC, Yu Ying Wu, THE LLC D/B/A Xiao Guo group Inc, ADA Vincent James Didonato III, ADA Lawrence Lusher, ADA John Does (1-2), ADA Jane Doe

1. Title 42, section 1983 of the United States Code provides:

Every person who, under color of any state, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress,...

2. The Fourteenth Amendment provides that: "...no state...deprive any person of life, liberty, or property, without due process of law.". The Fourth Amendment protects people from unreasonable searches and seizures by the government. Such rights are secured by the Constitution and laws in Title 42, section 1983,

3. ADA Vincent James Didonato III, ADA Lawrence Lusher, ADA John Does (1-2), ADA Jane Doe, while acting under color of state law, deprived Plaintiff Feifei Gu of above rights by failing to investigate and allows fabrication of evidence to go uncorrected by continuing with the prosecution towards Plaintiff Feifei Gu,

4. On 05/16/24 and 06/06/24, Plaintiff Feifei Gu sent Affirmation to dismiss two times to ADA Vincent James Didonato III alleging above-mentioned false evidence and also handed Affirmation to ADA John Doe at 05/16/24 Court Hearing, however, the People insists on prosecuting this FAKE CASE.

5. Private actors, such as Emily Hui Chen-Liang, Hang Chen, Susana Chong Chen, Qiubo Li, Hui Chen, 252685 ST LLC, Yu Ying Wu, THE LLC D/B/A Xiao Guo Group Inc, are liable under section 1983 for conspiring with state officials ADA Vincent James Didonato III, ADA Lawrence Lusher, ADA John Does (1-2), ADA Jane Doe to violate Plaintiff's above rights by providing forged evidence and false testimony,

6. The Fourth Amendment's relevance to the deprivations of liberty go hand in hand with criminal prosecutions. See *Gerstein v. Pugh*, 420 U. S. 103, 114 (1975)

7. As of result of conspiracy between Emily Hui Chen-Liang, Hang Chen, Susana Chong Chen, Qiubo Li, Hui Chen, 252685 ST LLC, Yu Ying Wu, THE LLC D/B/A Xiao Guo group Inc, and ADA Vincent James Didonato III, ADA Lawrence Lusher, ADA John Does (1-2), ADA Jane Doe, Plaintiff was wrongly arrested on 01/12/24, detained for 25 hours under emotional breakdown, and still lived under the pressure of the prosecution by the DA,

8. Plaintiff demands judgment of $100 BILLION against each above defendant including compensatory and punitive damages.

## SECOND CAUSE OF ACTION

42 U.S.C 1983 - Failure to Train, Failure to Supervise

against Eric Gonzalez, Nancy Hoppock, Nicole Chavis, Joseph P. Alexis, Richard

Boye, Janet Gleeson, David Z. Klestzick, Patricia Mcneill, Fran Weiner, Joseb

Gim, Kin W. Ng

1. Above Defendants, acting in concert and under color of state law, had a

reasonable opportunity to prevent the violations of Plaintiff's federal constitutional

and statutory rights as supervisors of Defendant ADA Vincent James Didonato III,

ADA Lawrence Lusher, ADA John Does (1-2), ADA Jane Doe,

2. Under the doctrine of respondeat superior, above Defendants are answerable to

Plaintiff's injuries for their failure to fulfill their constitutional and legal obligation

to train and to supervise.

3. Plaintiff demands judgment of $50 BILLION against each defendant.

Third  Cause of Action

Failure to Supervise and Train

against Athanasia DiMaggio, Chat Mui Chan, Hugo Salazar,

RE/MAX Real Estate Professionals

1. Athanasia DiMaggio, Chat Mui Chan, Hugo Salazar, are owners of RE/MAX Real Estate Professionals, and are also the owners of the premise 2526 85st as alleged by prior owner Raymond Chan (see Exhibit 25), among them, Athanasia DiMaggio is a broker, Chat Mui Chan is a broker, Hugo Salazar is a broker and a disciplined lawyer (see Exhibit 44),


2. On 01/02/24, Plaintiff made a phone call to Defendant Chat Mui Chan (see Exhibit 45) and then sent text messages to Defendant Chat Mui Chan regarding Defendants Emily Hui Chen-Liang, Hang Chen, Susana Chong Chen's harassment to Plaintiff including the 911 fake report, however, Defendant Chat Mui Chan refused to intervene,


3. Defendants Athanasia DiMaggio, Chat Mui Chan, Hugo Salazar, RE/MAX Real Estate Professionals are negligent in hiring and supervising,


4. Plaintiff demands $50 Billion judgment each against Defendants Athanasia DiMaggio and Hugo Salazar, RE/MAX Real Estate Professionals, and $100 Billion judgment against Chat Mui Chan.

Fourth Cause of Action

Negligent in Supervision, Failure to Train

Amy Lessinger, as President of RE/MAX, LLC,  RE/MAX, LLC,

Erik Carlson, as CEO of RE/MAX Holdings,  RE/MAX Holdings

1. Pursuant to doctrine of Respondeat Superior, Defendants Amy Lessinger, Erik Carlson, RE/MAX, LLC, RE/MAX Holdings are negligent in training and supervision of owners and employees of RE/MAX Real Estate Professionals - Athanasia DiMaggio, Chat Mui Chan, Hugo Salazar, Emily Hui Chen-Liang, Hang Chen, Susana Chong Chen, Hui Chen,

2. Plaintiff demands $50 Billion judgment against each above Defendant including compensatory damages and punitive damages.

Fifth Cause of Action

42 U.S.C. 1983 - Negligence against Letitia James as NY Attorney General

1. Below Defendants have violated NY False Claims Act:

1) Defendants Yu Ying Wu, THE LLC D/B/A Xiao Guo Group Inc, knowingly presented a false claim for payment of camera and forged three false versions of receipt,

2) Defendant Qiubo Li knowingly presented false records of "damaged" camera,

3) Defendants Yu Ying Wu, THE LLC D/B/A Xiao Guo Group Inc, Hang Chen, Emily Hui Chen-Liang, Susana Chong Chen, Hui Chen, Qiubo Li, 252685 ST LLC, knowingly made false statement material to a false claim,

2. Defendant Letitia James failed to investigate false claims despite the authority vested in her by the State of New York pursuant to New York False Claims Act,

3. Defendant Letitia James also failed to supervise Kings District Attorney Eric Gonzalez, leading to his failure to train and supervise his ADAs - Defendants ADA Vincent James Didonato III, ADA Lawrence Lusher, ADA John Does (1-2), ADA Jane Doe. As a result, those ADAs knowingly presented false case against Plaintiff Feifei Gu in Kings Criminal Court and insisted on further prosecution,

4. Plaintiff demands judgment of $70 BILLION against Defendant Letitia James including compensatory and punitive damages.

## SIXTH CAUSE OF ACTION

### Monell under 42 U.S.C.1983 against City of New York

1. At all relevant time, Defendant the city of New York maintained a custom of failure to discipline ADAs who continue prosecuting fake cases even in fully aware of false and forged evidence,

2. Because of this custom, ADA Vincent James Didonato, ADA Lawrence Lusher, ADA John Does (1-2) and ADA Jane Doe, whom under the supervision of Joseb Gim, as Chief of Criminal Court Unit and Kin W. Ng, as Bureau Chief, and all under the supervision of Defendants Eric Gonzalez and Letitia James, are undeterred and insist on prosecuting the fake case against Plaintiff Feifei Gu, thus displaying severe indifference to Plaintiff's constitutional rights,

3. See Exhibit 46 - 90 DAY NOTICE,

4. The City is liable under Monell,

5. Plaintiff demands a judgment of $100 Billion against Defendant the City of New York.

JURY DEMAND

Plaintiff Feifei Gu hereby demands a trial by jury on all issues.

Wherefore, Plaintiff Feifei Gu demands JUDGMENT against Defendants as follows:

1. An amount of $100 Billion each against Defendant the City of New York, Defendant Chat Mui Chan,

2. An amount of $100 Billion each against Defendants Emily Hui Chen-Liang, Hang Chen, Susana Chong Chen, Qiubo Li, Hui Chen, 252685 ST LLC, Yu Ying Wu, THE LLC D/B/A Xiao Guo group Inc,

3. An amount of $100 Billion each against Defendants ADA Vincent James Didonato III, ADA Lawrence Lusher, ADA John Does (1-2), ADA Jane Doe,

4. An amount of $70 BILLION against Defendant Letitia James,

5. An amount of $50 BILLION each against Defendants Amy Lessinger, Erik Carlson, RE/MAX, LLC, RE/MAX Holdings,

6. An amount of $50 Billion judgment against Defendant Athanasia DiMaggio, Hugo Salazar, RE/MAX Real Estate Professionals

7. An amount of $50 Billion against Kings County District Attorney's Office defendants - Eric Gonzalez, Nancy Hoppock, Nicole Chavis, Joseph P. Alexis, Richard Boye, Janet Gleeson, David Z. Klestzick, Patricia Mcneill, Fran Weiner, Joseb Gim, Kin W. Ng,

8. Professional discipline against Defendants Vincent James Didonato III, Defendant Lawrence Lusher, Defendant ADA John Does (1-2), Defendant ADA Jane Doe,

9. A finding of statutory violations against Defendants Qiubo Li, Emily Hui Chen-Liang, Hang Chen, Susana Chong Chen, Hui Chen, Yu Ying Wu, 252685 ST LLC, THE LLC D/B/A. Xiao Guo Group Inc.

10. Professional discipline against Emily Hui Chen-Liang, Hang Chen, Susana Chong Chen, Hui Chen as real estate agents,

11. Such other and further relief as this Court deem just and proper.

*Feifei Gu* ~~06/14/24~~

Sworn to before me on:     JUN 1 4 2024

*[signature]*

**State of New York**
**County of New York**

DANIEL T. CHENG
Notary Public, State of New York
Reg. No. 04CH0015293
Qualified in New York County
Commission Expires Oct. 30, 2027

# Exhibit /



# Exhibit 2



# Tyler Chen

**Licensed Real Estate Salesperson**

**Remax Real Estate Professionals**

| CONTACT AGENT |
|:---:|

**ABOUT**          PAST DEALS          ACTIVE LISTINGS

## Experience

View this agent's total verified deal history.

**LANGUAGES**          Cantonese and Mandarin

**NY LICENSE NUMBER**  10401288321
(Expires 10/17/2024)

**NY LICENSED NAME**   chen hang

# Exhibit 3

  

Address, City, ZIP, and More

RE/MAX > Brooklyn > RE/MAX Real Estate Professionals > Chen Liang Hui



**RE/MAX Real Estate Professionals**

# Chen Liang Hui

## Lic. Real Estate Salesperson

**Mobile:** (347) 320-2569

Contact Me

View My Website

**About**   Awards

## Office Address:

8402 20th Ave

Brooklyn, NY 11214-3004

## Hobbies

Singing, Dancing

## Experience

14 Years Experience

License #10401235357

## Languages

English

Cantonese

Mandarin

## Specialties

Condominiums

Condominiums

Multi-Family

**Worldwide Property Search**

**RE/MAX Canada**

**RE/MAX Commercial**

**The RE/MAX Collection**

# Exhibit 4



| ABOUT | PAST DEALS | ACTIVE LISTINGS |
|---|---|---|

## Susana C. Chen

**EXPERIENCE**

Licensed Real Estate Salesperson

View this agent's total verified deal history.

Remax Real Estate Professionals

**CONTACT AGENT**

**2** past rentals

| Languages | Spanish and Mandarin |
|---|---|
| NY License Number | 10401346011 (Expires 11/09/2024) |
| NY Licensed Name | Chen Chong Susana |

# Exhibit 5



RE/MAX  >  Brooklyn  >  RE/MAX Real Estate Professionals  >  Hui Chen



## RE/MAX Real Estate Professionals

# Hui Chen

## Lic. Real Estate Salesperson

Mobile: (718) 775-5969

**Contact Me**

**View My Website**

**About**    Awards

## Office Address:

8402 20th Ave

Brooklyn, NY 11214-3004

## Experience
5 Years Experience
License #10401333718

## Languages
English
Cantonese
Mandarin

## Specialties
Multi-Family

**Worldwide Property Search**

**RE/MAX Canada**

**RE/MAX Commercial**

**The RE/MAX Collection**

**Newest Listings**

# Exhibit 6

 | Address, City, ZIP, and More ☰

RE/MAX  ❯  Brooklyn  ❯  RE/MAX Real Estate Professionals  ❯  Athanasia (Sia) DiMaggio



**RE/MAX Real Estate Professionals**
# Athanasia (Sia) DiMaggio
**Licensed Real Estate Broker/Owner**

**Mobile:** (646) 463-0896



**Contact Me**

**View My Website**

**About**    **Awards**    **Listings**

## Office Address:

6423 11th Ave

Brooklyn, NY 11219-5621

## About Me

Sia is a highly successful Real Estate Broker/Owner with more than two decades of sales experience in the industry. Certified Residential Specialist the highest awarded accredited designation. As an honest and hardworking professional, Sia is committed to surpassing her clients' expectations. She is known for her exceptional negotiation skills and unwavering integrity, ensuring that her clients receive the best deals possible. With expertise in both Residential & Commercial Sales, as well as Mixed Use

**Read More**

# Exhibit 7

  **Address, City, ZIP, and More** 

RE/MAX ❯ Brooklyn ❯ RE/MAX Real Estate Professionals ❯ Chat (Jackie) Chan



**RE/MAX Real Estate Professionals**

# Chat (Jackie) Chan

## Broker/Owner

**Mobile:** (917) 838-4152

**Contact Me**

**View My Website**

**About**    Awards    Listings

## Office Address:

8402 20th Ave

Brooklyn, NY 11214-3004

## About Me

Chat (Jackie) Chan is a New York State licensed Real Estate Broker practicing in the New York City metropolitan area with upwards of 25+ years of experience in both residential and commercial real estate. Fluent in Cantonese, Mandarin and English, Jackie is a local neighborhood expert specializing in the Brooklyn Chinese/ American market. A top producer and a steadfast seller's advocate. Since transitioning into her new role as Broker at RE/MAX, Jackie has created a tightly knit, collaborative team

**Read More**

## Service Areas

# Exhibit 8

 

RE/MAX | Address, City, ZIP, and More

RE/MAX > Brooklyn > RE/MAX Real Estate Professionals > Hugo Salazar

**HS**

**RE/MAX Real Estate Professionals**

# Hugo Salazar

**Licensed Real Estate Broker**

**Mobile:** (917) 804-3713

**Contact Me**

**View My Website**

**About**  Awards  Listings

## Office Address:

8402 20th Ave

Brooklyn, NY 11214-3004

## About Me

STANDARDIZED OPERATING PROCEDURE FOR PURCHASERS OF REAL ESTATE
PURSUANT TO REAL PROPERTY LAW §442-H
Hugo Salazar (the "Broker") of RE/MAX Real Estate Professionals is making this
Standardized
Operating Procedure available on any publicly available website and mobile device
application

**Read More**

## Service Areas

# Exhibit 9

**remaxrealestatebrooklyn**
Gino's Restaurant, Bay Ridge
···



*Hugo Salazar*

**8 likes**

**remaxrealestatebrooklyn** Great lunch celebrating our owners birthday Happy birthday Hugo Salazar

September 23, 2023

# Exhibit 10



Susana chong chen

Yu Ying Wu

# Exhibit //

# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]   [ Return to Search ]

**Entity Details**

**ENTITY NAME:** XIAO GUO GROUP LLC

**FOREIGN LEGAL NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY

**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW

**DATE OF INITIAL DOS FILING:** 02/24/2020

**EFFECTIVE DATE INITIAL FILING:** 02/24/2020

**FOREIGN FORMATION DATE:**

**COUNTY:** KINGS

**JURISDICTION:** NEW YORK, UNITED STATES

**DOS ID:** 5714680

**FICTITIOUS NAME:**

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**ENTITY STATUS:** ACTIVE

**REASON FOR STATUS:**

**INACTIVE DATE:**

**STATEMENT STATUS:** PAST DUE

**NEXT STATEMENT DUE DATE:** 02/28/2022

**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |
|---|---|---|---|---|

**Service of Process on the Secretary of State as Agent**

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

Name: THE LLC

Address: 2235 W1ST ST, BROOKLYN, NY, UNITED STATES, 11223

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

**Chief Executive Officer's Name and Address**

Name:

Address:

**Principal Executive Office Address**

Address:

# Exhibit 2

# Property Owner Registration Information

Last Registration Date - 01/24/24    Registration Expiration Date - 09/01/24

+   Expand All

| OWNER | ORGANIZATION |
|---|---|
| Head Officer | - |

| NAME | ADDRESS |
|---|---|
| QIU BO LI | 729a 51 St, BROOKLYN, 11220 |

| OWNER | ORGANIZATION |
|---|---|
| Officer | - |

| NAME | ADDRESS |
|---|---|
| QIU BO LI | 729a 51 St, BROOKLYN, 11220 |

| OWNER | ORGANIZATION |
|---|---|
| Corporation | 252685 ST LLC |

| NAME | ADDRESS |
|---|---|
| - | 729a 51 St, BROOKLYN, 11220 |

| OWNER | ORGANIZATION |
|---|---|
| Managing Agent | - |

| NAME | ADDRESS |
|---|---|
| SUSAN CHEN | 729a 51 St, BROOKLYN, 11220 |

Click here to find out more information about property registration and how to register if you are a property owner or agent

# Exhibit 13

# New York State Unified Court System

| | |
|---|---|
| **Registration Number:** | 6079941 |
| **Name:** | VINCENT JAMES DIDONATO III |
| **Business Name:** | BROOKLYN DISTRICT ATTORNEY'S OFFICE |
| **Business Address:** | 350 JAY ST<br>BROOKLYN, NY 11201-2904<br>(Kings County) |
| **Business Phone:** | (718) 250-3136 |
| **Email:** | DIDONATOV@BROOKLYNDA.ORG |
| **Date Admitted:** | 01/17/2024 |
| **Appellate Division Department of Admission:** | 2nd |
| **Law School:** | William & Mary Law School |
| **Registration Status:** | Attorney - Currently Registered |
| **Next Registration:** | Jul 2026 |

*No record of public discipline*

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.

**Attorney Services**

Close

# Exhibit 14



**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**

RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

ERIC GONZALEZ
*District Attorney*

## Complaint Room Screening Sheet

| | | |
|---|---|---|
| Screener: **Lawrence Lusher** | Bureau: Trial Bureau 5 - Orange | Narcotics: N |
| Screening date: 01/13/24 | | |
| 180.80 Date: | | |
| GJ Date: | GJ Time: | |

**Defendants**

| Name - Last, First | Arrest Number | Sex | DOB | Age | AO | Complaint/DP | Class | |
|---|---|---|---|---|---|---|---|---|
| GU, FEIFEI | K24502365 | F | | | | 1 | Misdemeanor | NON Grand Jury |
| Gang member | | | | | | | | |

**TPOs**

| | Date/Time | Place | PCT | Near School (if narcotics sale) |
|---|---|---|---|---|
| 1 | 12/31/23 02:20 to: | 2526 85 STREET | 062 | ☐ |

**Arrests**

| Defendant | Date/Time | Place |
|---|---|---|
| GU, FEIFEI | 01/12/24  20:42 | 2526 85 STREET |

Circumstances:
Arrest Charges:  PL 1450502

**Complaint Charges**

| GU, FEIFEI | TPO 1 | PL 145.00(1) |
|---|---|---|

### CRIM MIS // DEFT DAMAGED CCTV CAMERA

AT TPO DECEMBER 31, 2023

CW OWNS THE BUILDING, CW INSTALLED CCTV CAMERAS

DEFT IS A TENANT

DEFT HAS AN ISSUE WITH CCTV CAMERAS

CW VIEWS VIDEO OF DEFT DAMAGING CCTV CAMERAS

DEFT USED A STICK TO STRIKE THE CCTV CAMERAS DAMAGING THEM

CW CALLED 911, OFFICERS TOOK A REPORT ON JANUARY 2, 2023

CW PROVIDED VIDEO TO OFFICERS OF DEFT BREAKING CCTV CAMERA

CW STATES VALUE OF PROPERTY $250 USC

ON JANUARY 12, ASSIGNED DETECTIVE CALLED DEFT FOR DEFT TO TURN HERSELF IN

DEFT LATER THAT DAY CALLS 911

AO ARRIVES, AO SPEAKS WITH DEFT

AO ARRESTS DEFT ON OPEN ICARD

BWC PROVIDED AND VIEWED IN ECAB

**Statements**

| Defendant | Date/Time | Place | Statement Made To | Form of Stmt. |
|---|---|---|---|---|
| GU, FEIFEI | 01/12/24 20:40 | 2526 95 Street | STEVEN VITELLI, shield:, CMD:62 | Oral |

Circumstances:
After Miranda Rights ☐  Given By:
Substance of Statement:
DEFENDANT STATED IN SUM AND SUBSTANCE " I NEVER DAMAGED THE CAMERAS . . . I HAVE PROOF . . . I WAS AT HOME ON DECEMBER 31 AND JANUARY 1ST"

SEE BODY WORN CAMERA FOOTAGE

**Interview**

STEVEN VITELLI, shield (Arresting PO)         Interview: Telephone
If no interview - Reason:
Body Camera Assigned:
Video Taken:         Comment:
Video Shared:

**Interview**

MICHAEL SHER, shield 07435 (BWC Video Contributor)

Interview:No Interview

If No Interview - Reason:

Body Camera Assigned:

Video Taken:          Comment:

*Video Shared*

# Exhibit 15

# New York State Unified Court System

Attorney Online Services - Search

Close

## Attorney Detail Report as of 06/07/2024

| | |
|---|---|
| **Registration Number:** | 6078778 |
| **Name:** | LAWRENCE LUSHER |
| **Business Name:** | |
| **Business Address:** | Not on File |
| **Business Phone:** | |
| **Email:** | LAWRENCE.LUSHER@OUTLOOK.COM |
| **Date Admitted:** | 01/11/2024 |
| **Appellate Division Department of Admission:** | 3rd |
| **Law School:** | Brooklyn Law School |
| **Registration Status:** | Attorney - Currently Registered |
| **Next Registration:** | Apr 2026 |

## Disciplinary History

*No record of public discipline*

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.

**Attorney Services**

Close

# Exhibit  16

https://youtu.be/eoM8GJGYKqs?si=udA0NaZKt6dFURtW

# Exhibit 7



https://youtu.be/dIzNJvMswXE?si=dSoNGTBhksn-hYZ-

# Exhibit 18

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK

v

FEIFEI GU

STATE OF NEW YORK
COUNTY OF KINGS

SUPERSEDING INFORMATION

DOCKET NO.
CR-001793-24KN

ASSISTANT DISTRICT ATTORNEY VINCENT DIDONATO SAYS THAT ON OR ABOUT DECEMBER 31 2023 AT APPROXIMATELY 02:20 AM AT 2526 85 STREET IN THE COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

PL 145.00(1)        CRIMINAL MISCHIEF IN THE FOURTH DEGREE

IN THAT THE DEFENDANT DID:

HAVING NO RIGHT TO DO SO NOR ANY REASONABLE GROUND TO BELIEVE THAT THE DEFENDANT HAD SUCH RIGHT, INTENTIONALLY DAMAGE PROPERTY OF ANOTHER PERSON.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

THE DEPONENT IS INFORMED BY HANG CHEN THAT, AT THE APPROXIMATE ABOVE TIME AND PLACE, THE INFORMANT OBSERVED, VIA VIDEO SURVEILLANCE, THE DEFENDANT USING A STICK TO STRIKE AND DAMAGE ONE SURVEILLANCE CAMERA VALUED AT $450 UNITED STATES CURRENCY.

THE DEPONENT IS FURTHER INFORMED BY THE INFORMANT THAT THE INFORMANT IS THE CUSTODIAN OF THE ABOVE-DESCRIBED PROPERTY AND THAT THE DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY TO DAMAGE THAT PROPERTY.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW.

4/3/2024          _Vincent L DiDonato_
DATE                    SIGNATURE



**DISTRICT ATTORNEY**
**KINGS COUNTY**
350 JAY STREET
BROOKLYN, NY 11201-2908
(718) 250-2000
WWW.BROOKLYNDA.ORG

Eric Gonzalez
District Attorney

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: AP2

_____

THE PEOPLE OF THE STATE OF NEW YORK

**SUPPORTING DEPOSITION**

SUPERSEDING INFORMATION

Docket No.
CR-001793-24KN

-against-

FEIFEI GU,

_____

STATE OF NEW YORK    )
                     )
COUNTY OF KINGS      )

I, HANG CHEN, have read the accusatory instrument filed in this action. The facts ir that instrument stated to be on information furnished by me are true to my personal knowledge.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

4/3/24
_____    _____
Date                 Signature

# Exhibit 19

2:12 

 Smart Device ▼ 　　　🔍 ＋

 2526 85th st 　　　　　　　 

 CAM01 　　　　　　　● Online

 CAM01 　　　　　　　● Online

 CAM01 　　　　　　　● Online

 D04 　　　　　　　　⟳ Unused

 2526 85th st 2nd floor 　● Online

 CAM01 　　　　　　　● Online

 CAM01 　　　　　　　● Online

 CAM01 　　　　　　　● Online

 D03 　　　　　　　　● Online

 CAM01 　　　　　　　● Online

# Exhibit

2023-12-31 22:03:34

CAM01

# Exhibit 21



2620 85TH STREET BROOKLYN NY 11214

## marks:

does not include camera replacement.

ded an additonal charge of $450 per cam will apply.

| | |
|---|---|
| Subtotal | |
| Discount | |
| Total T | |
| Other | |
| Total B | |

make check payable to : Xiaoguo Group Inc

NK YOU!

# Exhibit 22

# XIAOGUO GROUP INC

SURVEILLANCE CAMERA SERVICE

INVOICE



DATE 03/30/2024

INVOICE NO XXXXX

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| URGENT REPAIR SERVICE FEE $600 (X2) | 1 | $1,200.00 |
| PROPERTY ADDRESS : 2526 85TH STREET BROOKLYN, NY 11214 | | |
| Updated : camera replacement x1 | 1 | $450.00 |

## Remarks:

*Price does not include camera replacement,

if needed an additional charge of $450 per cam will apply.

| | |
|---|---|
| Subtotal | $1,650.00 |
| Discount | $0.00 |
| Total Tax (8.75%) | 144.37 |
| Other Fees | $0.00 |
| Total Balance Due | 1,794.37 |

Please make check payable to : Xiaoguo Group Inc

THANK YOU

# Exhibit 23

# XIAOGUO GROUP INC

**SURVEILLIANCE CAMERA SERVICE**

(917) 514-8608

WY5553@GMAIL.COM

**INVOICE**

DATE: 01/01/2024

INVOICE NO.  009394

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| URGENT REPAIR SERVICE FEE  $600 (X2) | 1 | $1,200.00 |
| PROPERTY ADDRESS : 2526 85TH STREET BROOKLYN, NY 11214 | | |
| | | |
| Updated : camera replacement x1 | 1 | $450,000 |
| | | |
| *Paid in Full* | | |
| *Cash.* | 01/02/24 | |

**Remarks:**

*Price does not include camera replacement,
 if needed an additonal charge of $450 per cam will apply.

| | |
|---|---|
| Subtotal | $1,650.00 |
| Discount | $0.00 |
| Total Tax (8.75%) | 144,37 |
| Other Fees | $0.00 |
| Total Balance Due | 1,794,37 |

Please make check payable to : Xiaoguo Group Inc

0

THANK YOU!

# Exhibit 24

**FILED: KINGS CIVIL COURT - L&T 01/02/2024 05:03 PM**
NYSCEF DOC. NO. 8

INDEX NO. LT-001285-23/KI
RECEIVED NYSCEF: 01/02/2024

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217NYC**

| FOR CITY USE ONLY | |
|---|---|
| C1. County Code | C2. Date Deed Recorded — Month Day Year |
| C3. Book OR | C4. Page |
| C5. CRFN | |

**PROPERTY INFORMATION**

1. Property Location: **2526** | **85TH STREET** | **BROOKLYN** | **11214**
   STREET NUMBER | STREET NAME | BOROUGH | ZIP CODE

2. Buyer Name: **252685 ST LLC**
   LAST NAME / COMPANY | FIRST NAME
   LAST NAME / COMPANY | FIRST NAME

3. Tax Billing Address: Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   LAST NAME / COMPANY | FIRST NAME
   STREET NUMBER AND STREET NAME | CITY OR TOWN | STATE | ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed: **1** # of Parcels OR ☐ Part of a Parcel
   4A. Planning Board Approval - N/A for NYC
   4B. Agricultural District Notice - N/A for NYC
   Check the boxes below as they apply:

5. Deed Property Size: **27** FRONT FEET X **100** DEPTH OR _____ ACRES
   6. Ownership Type is Condominium
   7. New Construction on Vacant Land

8. Seller Name: **CHEN** | **XIN MEI**
   LAST NAME / COMPANY | FIRST NAME
   **CHAN** | **RAYMOND**
   LAST NAME / COMPANY | FIRST NAME

9. Check the box below which most accurately describes the use of the property at the time of sale:
   A ☐ One Family Residential
   B ☐ 2 or 3 Family Residential
   C ☐ Residential Vacant Land
   D ☐ Non-Residential Vacant Land
   E ☐ Commercial
   F ☑ Apartment
   G ☐ Entertainment / Amusement
   H ☐ Community Service
   I ☐ Industrial
   J ☐ Public Service

**SALE INFORMATION**

10. Sale Contract Date: **11 / 16 / 2023** (Month / Day / Year)

11. Date of Sale / Transfer: **12 / 19 / 2023** (Month / Day / Year)

12. Full Sale Price $ **1,200,000**
    ( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.)  Please round to the nearest whole dollar amount.

13. Indicate the value of personal property included in the sale

14. Check one or more of these conditions as applicable to transfer:
    A ☐ Sale Between Relatives or Former Relatives
    B ☐ Sale Between Related Companies or Partners in Business
    C ☐ One of the Buyers is also a Seller
    D ☐ Buyer or Seller is Government Agency or Lending Institution
    E ☐ Deed Type not Warranty or Bargain and Sale ( Specify Below )
    F ☐ Sale of Fractional or Less than Fee Interest ( Specify Below )
    G ☐ Significant Change in Property Between Taxable Status and Sale Dates
    H ☐ Sale of Business is Included in Sale Price
    I ☐ Other Unusual Factors Affecting Sale Price ( Specify Below )
    J ☑ None

**ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill**

15. Building Class: **C, 3**
16. Total Assessed Value (of all parcels in transfer): **98764**

17. Borough, Block and Lot / Roll Identifier(s) (If more than three, attach sheet with additional identifier(s))
    **BROOKLYN 6860 16**

202312180008220101

# Exhibit 25

NYSCEF DOC. NO. 12                                          RECEIVED NYSCEF: 01/03/2024

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: HOUSING PART B

-------------------------------------------------------------------- X     Index No.: LT-001285-23/KI

FEIFI GU,

                              Plaintiff,

        - against –                                              **AFFIDAVIT IN**
                                                                 **OPPOSITION AND IN**
RAYMOND CHAN and DEPARTMENT OF HOUSING          **SUPPORT**
PRESERVATION AND DEVELOPMENT,

                              Defendant,

-------------------------------------------------------------------- X

STATE OF NEW YORK          }
                           }ss:
COUNTY OF KINGS            }

        I, Raymond Chan, am over 18 years of age, being duly sworn, deposes and says under the

penalties of perjury:

1 of 5

4.      On December 19, 2023, Respondent sold the subject premises to Remax (Exhibit

C).

# Exhibit 26

Wed, Dec 20 at 6:23 PM

> The heat and hot water is the most urgent problem now

> Are you going to change the boiler? Totally cold shower water now

> And no heat

> Still haven't received pic of your deed

Emily Liang (347) 326-2569



Hi Ms. Gu, When can we have an access to check it out for the urgent matter to you? I just spoke with other units, they said they have no problem with hot water and heat.

> Oh really? I talked to one neighbor and she said the same problem in her apt

> So tomorrow if same issue you will come to check ?

Hang Chen (646) 239-5999



**Read carefully what Emily says**

# Exhibit 27

Thu, Dec 21 at 3:15 PM

> I would have expert witness come to examine the heat and hot water, pls let us know time that you would allow access to basement.

> If you give no response, we will address this issue at court.

Emily Liang (347) 320-2589

Hi Ms.Gu and Mr.chan,  as our previous conversation, all other tenants DO NOT have any heat or hot water issue. So There's no need to access to the basement. Can we have your permission to access your apartment to check and address the issue? Plus Everything will be documented.



As per landlord, if this is a fraudulent complaint again, we will add this cost to your bill.



> Your refusal is documented here. We will address this issue to judge.

# Exhibit 28



# Exhibit 29



# Exhibit 30

RHM FORM CIV-14-HEAT

(REV. 11/22)

**THE CITY OF NEW YORK**
**DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT**
**DIVISION OF CODE ENFORCEMENT**

**NYC**
Department of
Housing Preservation
& Development
nyc.gov/hpd

DCE/ BROOKLYN BORO OFFICE
701 Euclid Avenue
BROOKLYN, NY11208

| BLDG ID | BORO | REG NO | HOUSE NO. | STREET NAME | NOV ID | PAGE |
|---------|------|--------|-----------|-------------|--------|------|
| 179840 | BK | 340106 | 2526 | 85 STREET | 8864142 | 1 of 1 |

**NOTICE OF RECEIPT OF VIOLATION CERTIFICATION**

| NAME AND ADDRESS |
|------------------|
| **GU FEIFEI Apt. 2F**<br><br>2526 85 STREET<br><br>BROOKLYN, NY 11214 |

This is to notify you that the landlord of the above referenced building claims to have corrected the violations listed on this form.
If we do not hear from you, we may or may not attempt to reinspect this condition.  If we do not reinspect this condition, the
violation(s) will be closed  based on the information from the owner 70 days after the date in the column labelled "Certified by
Owner."

**IF ANY VIOLATION HAS NOT BEEN CORRECTED AND YOU WANT TO FILE A TENANT CHALLENGE TO THIS CERTIFICATION, EITHER,**

. Call the Code Enforcement Boro Office at 212 863-7250  or email us at  BKtenantchallenge@hpd.nyc.gov    **OR**

. Complete this form as follows:

   . Circle the numbers of the violations you claim are uncorrected on the AGENCY COPY;

   . Sign the claim of uncorrected violations at the bottom of the AGENCY COPY;

   . Keep the OCCUPANT COPY of this notice or make a copy of the AGENCY COPY for your records; and

   . Return the AGENCY COPY of this form  within 5 days  to the appropriate borough office at the address provided above

**Note:** You will receive a notice if an inspection by this department confirms that the violation(s) have not been corrected.

| VIOLATION NUMBER | ISSUE DATE | CLASS | VIOLATION DESCRIPTION | CORRECT BY | CORRECTION BY OWNER | CERTIFY BY OWNER |
|------------------|------------|-------|------------------------|------------|---------------------|-------------------|
| 16547500 | 12/26/2023 | C | § 27-2031 ADM CODE  PROVIDE HOT WATER AT ALL HOT WATER FIXTURES IN THE  ENTIRE APARTMENT LOCATED AT APT 2F, 2nd STORY, 1st APARTMENT FROM WEST AT NORTH | 12/27/2023 | 01/05/2024 | 01/08/2024 |

You can go on-line to  www.nyc.gov/hpd   for more information about pending violations on this property, violation class and

corrected by / certify regulations.

**CLAIM OF UNCORRECTED VIOLATIONS**

I HAVE CIRCLED THE VIOLATION NUMBERS THAT HAVE NOT BEEN CORRECTED.

_____    _____    _____

OCCUPANT'S SIGNATURE       DATE SIGNED      CONTACT PHONE #

[REP:1291]                                       Cycle DT:   01/08/2024

# Exhibit 31



# NOTICE OF TERMINATION

Date:        December 26, 2023

To:          Fei Fei Gu
             Yuhin Chan

Premises:    2526 85th Street
             Brooklyn, New York 11214
             Apartment 2F

PLEASE TAKE NOTICE that the undersigned Landlord hereby elects to terminate your tenancy of the above described premises.

PLEASE TAKE FURTHER NOTICE that unless you remove from the said premises on or before March 31, 2024, the date upon which your term will expire, the undersigned will commence summary proceedings against you under Article 7 of the Real Property Actions and Proceedings Law, to remove you from the above described premises for the holding over after the expiration of your term, and will demand the value of your use and occupancy of the said premises during such holding over.

LANDLORD:
252685 ST LLC

By: Qiubo Li, Member

# Exhibit 32

https://youtu.be/k67qxkPL6FU?si=6wLuSbHtJAD1Bufs

# Exhibit 33

Fri, Dec 29 at 7:52 PM



WHO IS HE? HE DAMAGED MY BELONGINGS I HAVE CALLED 911

YOU EITHER EXPLAIN THIS OR THE POLICE WILL CALL YOU



TAKE HIS DIRTY FEET FROM MY THING, IF YOU DON'T TEACH HIM, I WILL TEACH HIM

AND HIS BMW 4 SERIES IN BLUE COLOR, I HAVE THE PLATE NUMBER

Hang Chen (646) 239-5899

 What bmw 4 series?

SO YOU KNOW HIM

Hang Chen (646) 239-5899

 Show me the car with plate number you mentioned

SO YOU KNOW HIM

Hang Chan (646) 239-5998

Show me the car with plate number you mentioned

I GOT IT YOU KNOW HIM

Hang Chan (646) 239-5998

I saw you mentioned a car with the plate

I AM ASKING YOU THE PERSON NOT THE CAR! YOU WORK AT DMV??

Hang Chan (646) 239-5998

What is your belongings got damaged?

I AM ASKING YOU THE PERSON YOU KNOW HIM OR NOT?!

Hang Chan (646) 239-5998

Again , what is your belongings got damaged?

AGAIN, YOU KNOW HIM OR NOT?! I AM NOT PLAYING GAMES WITH YOU

Hang Chan (646) 239-5998

You are

You are claiming "guy with bmw" damaged your belongings. You don't want to show me what BMW





AGAIN, YOU KNOW HIM OR NOT?! I AM NOT PLAYING GAMES WITH YOU

Hang Chen (646) 239-5999

You are

You are claiming "guy with bmw" damaged your belongings. You don't want to show me what BMW, You don't want to show me what belongs got damaged. Are you a scammer?

# Exhibit 34

https://youtube.com/shorts/fHCNZoCEOXw?si=27j-I3wLtSGCc8VA

## Transcript

Defendant Hang Chen: Don't put this picture on the wall,

Plaintiff Feifei Gu: Any reason I can't do that?

Defendant Hang Chen: This is public area,

Plaintiff Feifei Gu: So who's that person in the pic?

Defendant Hang Chen: As you are recording me, I am also going to record you,

Plaintiff Feifei Gu: No problem,

Defendant Hang Chen: so you saw the notice put on your door,

Plaintiff Feifei Gu: Tell me who is that person on the pic,

Defendant Hang Chen: OK, I put the notice on your door and you saw that,

—-The picture Plaintiff referred to was Exhibit 36 of Ted Somos—----

# Exhibit 35

https://youtu.be/lEH6wvi0kRU?si=kJRqSkLzUpQMZp13

**Transcript**

Plaintiff Feifei Gu: That person behaved really strange, I don't know what he was doing here, knocking on my door when I was taking shower,

Defendant Emily Hui Chen-Liang: He is a process server,

Plaintiff Feifei Gu: Then why no one responded that he is a process server when I asked his identity in the group message? You were also in the group,

Plaintiff Feifei Gu: I asked if you (Defendant Emily Hui Chen-Liang) or him (Defendant Hang Chen) knew that person in the group message, as he tipped over my security camera, he (Defendant Hang Chen) responded in text as if he did not know that person, he (Defendant Hang Chen) could just tell me that person is a process server,

Defendant Emily Hui Chen-Liang: Yes, he could just say it, told you that, but he didn't,

Plaintiff Feifei Gu: But you were also in the group, you received that message as well, you never said anything,

Defendant Emily Hui Chen-Liang: I wasn't allowed to say anything then,....

# Exhibit 36



Ted Somos

2526 35th st 2nd floor

2023-12-29 13:24:55

Ted Somes

Hui Chen

Exhibit 37

 **NYU**

Shelbi Ferrari <fg1011@nyu.edu>

---

## NYSCEF Alert: Kings - Landlord and Tenant - HP Action (to obtain repairs) - LT-001285-23/KI (Feifi Gu v. Raymond Chan et al.)

1 message

---

**efile@nycourts.gov** <efile@nycourts.gov>
To: msalem@marksalemlaw.com, fg1011@nyu.edu, Wilsonju@hpd.nyc.gov

Thu, Feb 8, 2024 at 3:00 PM

 # Kings County Civil Court - Landlord and Tenant Division
# Comment Added to Case 02/08/2024

## Comment from Court User - Mitchell Cohen

Pet's OSC to join additional Respondent granted on consent. Resp OSC marked fully submitted and Decision Reserved.

## Case Information

Index #: **LT-001285-23/KI**
Caption: **Feifi Gu v. Raymond Chan et al.**
Assigned Case Judge:

## E-mail Notifications Sent

| Name | Email Address |
|------|---------------|
| Mark Salem | msalem@marksalemlaw.com |
| JULIA WILSON | Wilsonju@hpd.nyc.gov |
| Feifi Gu | fg1011@nyu.edu |

**NOTICE:** This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.

**If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.**

# Exhibit 38

FILED: KINGS CIVIL COURT - L&T 01/03/2024 11:31 PM   INDEX NO. LT-001285-23/KI

NYSCEF DOC. NO. 26   RECEIVED NYSCEF: 01/03/2024



**NYC** | HPD Online                                fg1011@nyu.edu   Logout

HPD Online                                        English ∨   Help

2526 85 Street, Brooklyn, 11214                                  🔍

**Overview**                                                      ∨

**Complaints** **61**
Last 2 years

Open Complaints - **0**

**Violations** **36**

A Class - **9**   B Class - **16**
C Class - **11**   I Class - **0**

**Building Charges/Fees** **11**

Work Orders - **0**

Total Fees - **11**



# Exhibit 39

NYSCEF DOC. NO. 55                                                                    RECEIVED NYSCEF: 02/14/2024

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: PART B
------------------------------------------------------------------------X          Index No.: 1285/23

FEI FEI GU,

                                    Petitioner,                                    DECISION/ORDER

            -against-                                                              *Remy Smith, J.H.C.*

252685 ST. LLC, SUSAN CHEN and NEW YORK CITY
DEPARTMENT OF HOUSING PRESERVATION AND
DEVELOPMENT,

                                    Respondents.
------------------------------------------------------------------------X

Hon. Remy Smith

Recitation pursuant to CPLR §2219 of the papers considered on these motions ##1 & 2:

| | |
|---|---|
| Petitioner's Motion to Substitute . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 |
| Respondent's Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 |
| Respondent's Notice of Motion and supporting papers . . . . . . . . . . . . . . . . . . . . . . . . . | 3 |
| Petitioner's Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 |
| Respondent's Reply Affirmation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 |

Petitioner's motion to substitute new owner and managing agent is granted and the

proceeding is dismissed against the old owner Raymond Chen and the caption is amended as set

forth above.

                                                                                            The court

notes that there are 30 open violations in this 4 unit building spread across common area and

petitioner's apartment only.

1

NYSCEF DOC. NO. 55

RECEIVED NYSCEF: 02/14/2024

the petitioner grant access to the landlord to correct the HPD violations on the following dates, which will provide both parties with ample time to make arrangements to facilitate compliance: March 4, 5 and 6, 2024 from 9:00 a.m. - 5:00 p.m. each day, with workers to arrive no longer than 11:00 a.m. each day.  The court orders additional access 2 weeks later on March 12 and 13, 2024, 9:00 a.m. to 5:00 p.m., workers to arrive by 11:00 a.m. each day.  Parties shall return to court to address petitioner's request for an Order to Correct and respondent's request for additional access or related relief on March 19, 2024 at 9:30 a.m.

All parties shall return to court on March 19, 2024 at 9:30 a.m.

The foregoing is the Decision/Order of this court.

Dated: Brooklyn, New York
       February 14, 2024

BY: _____
                Remy Smith, J.H.C.

# Exhibit 40



https://youtu.be/leRPJEVqS9c?si=kQB0s5unvsLnXzuR

# Exhibit 41

FILED: KINGS COUNTY CLERK 02/22/2024 10:22 AM
NYSCEF DOC. NO. 1

INDEX NO. 505280/2024
RECEIVED NYSCEF: 02/22/2024

**VERIFICATION**

HANG CHEN affirms the following subject to the penalties perjury pursuant to CPLR 2106:

I am an agent of 252685 ST LLC, a plaintiff herein, ("Plaintiff') and am familiar with the facts of this case based upon my review of Plaintiffs corporate books and records. I hereby state that the facts and allegations contained in the Complaint are true, except so far as they are therein stated to be on information and that, so far as they are therein stated to be on information, I believe them to be true.

*I affirm this _31 day of January, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I ioy,f /·stand that this  document may be filed in an action or proceeding in a court  {;law.*

HANG CHEN

22

# Exhibit 42

# Records Snapshot

**Total Records: 100**                    NYPDFINEST\MUIR921613 | 1/3/2024 23:12

| Source | Date Time | Description |
|---|---|---|
| A-SUMMONS | ███████ | ██████████████████████████████ |
|  | ███████ | ██████████████████████ |
|  | ███████ | ████████████ K ███████████████ |
| B-SUMMONS | ███████ | ██████████████████████████████ |
| COMPLAINT | Sun 12/31/2023 15:07 | ID: 2023-062-008980 - PEOPLE: GU, FEI FEI (PERP); AT TPO CV STATES OFFENDER KEEPS THREATENING HIM THROUGH TEXT MESSAGES STATING"I WILL GO AFTER YOU" AND "I KNOW WHERE YOU LIVE". CV STATES HE IS ALARMED ANDANNOYED. CV FURTHER STATES OFFENDER KEEPS RIPPING OFF NOTICES HE PLACES ON HISTENANTS DOOR TO F... |
|  | Sun 12/31/2023 02:20 | ID: 2024-062-000005 - PEOPLE: GU, FEI-FEI (PERP); AT TPO CV WHO IS OWNER OF BUILDING STATES ABOVE PERP DID INTENTIONALLY DAMAGECAMERA INSTALLED IN HALLWAY OF 2ND FLOOR AT ABOVE LOCATION. CV HAS VIEDO FOOTAGE OF PERP DAMAGING CAMERS ON HIS PHONE. CAMERA VALUE > 250. |
| LPR | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |
|  | ███████ | ████████████████████████████████ |

# Exhibit 43

NYSCEF DOC. NO. 1

RECEIVED NYSCEF: 02/22/2024



45.     Upon information and belief, on or about December 31, 2023, Defendant filed

Complaint Report No. 2023-62-8980 claiming aggravated harassment.



FILED: KINGS COUNTY CLERK 02/23/2024 12:00 PM
NYSCEF DOC. NO. 20

INDEX NO. 505280/2024
RECEIVED NYSCEF: 02/23/2024



## INCIDENT INFORMATION SLIP
PD 301-164 (Rev. 07-15)

Date: 12/31/23

Welcome to    062                    1925 Bath Avenue Bklyn NY        718-236-2611
              (Command)              (Address)                        (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following numb

Complaint Report No.: 2023-62-8980  Accident Report No.: _____    Aided Report No.: _____
                             8980

Reported to: PO BUCHELLI   31720    Date of Occurrence: 12/31/23   Time: 1507
             (Rank) (Name)   (Shield No.)

Location of Occurrence: 2586 85 St. _____

Crime: Agg. Harassment. _____

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

contact us at telephone number  718-236-2522 _____ . Please let us know if you have any suggestions on how w

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or busines

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property saf

## COURTESY — PROFESSIONALISM — RESPECT

## REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!



# Exhibit 44



# Matter of Salazar

Matter of Salazar 2021 NY Slip Op 02300 Decided on April 14, 2021 Appellate Division, Second Department Per Curiam. Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431. This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 14, 2021 SUPREME COURT OF THE STATE OF NEW YORK Appellate Division, Second Judicial Department
WILLIAM F. MASTRO, A.P.J.
REINALDO E. RIVERA
CHERYL E. CHAMBERS
LEONARD B. AUSTIN
COLLEEN D. DUFFY, JJ.
2020-08200

[*1]In the Matter of Hugo G. Salazar, admitted as Hugo Gustavo Salazar, an attorney and counselor-at-law. Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts, petitioner; Hugo G. Salazar, respondent. (Attorney Registration No. 2662476)

DISCIPLINARY PROCEEDING instituted by the Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts. The respondent was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on April 26, 1995, under the name Hugo Gustavo Salazar.

Diana Maxfield Kearse, Brooklyn, NY (Susan Korenberg of counsel), for petitioner.

PER CURIAM.

OPINION & ORDER

On November 12, 2020, the Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts served the respondent with a notice of petition dated November 2, 2020, and a verified petition dated October 30, 2020, and duly filed those papers with this Court together with an affidavit of service. The petition contains two charges alleging that the respondent misappropriated funds entrusted to him as a fiduciary with respect to nine matters, and failed to cooperate with the Grievance Committee's investigation of a complaint of professional misconduct, in violation of rules 1.15(a) and 8.4(h) of the Rules of Professional Conduct (22 NYCRR 1200.0), respectively. The notice of petition directed the respondent to serve and file his answer to the verified petition within 20 days after service upon him of the notice of petition and the verified petition. To date, the respondent has neither served nor filed an answer to the verified petition, as directed.

The Grievance Committee now moves to deem the charges against the respondent established based upon his default and to impose such discipline upon him as this Court deems appropriate. Although the motion papers were served upon the respondent on December 18, 2020, he neither opposed the instant motion nor interposed any other response thereto. By separate motion, the Grievance Committee moves, inter alia, to immediately suspend the respondent from the practice of law pursuant to 22 NYCRR 1240.9(a)(1) and (3), upon a finding that he is guilty of professional misconduct immediately threatening the public interest. The respondent has not filed papers in response to this motion.

Accordingly, the Grievance Committee's motion to deem the charges in the verified petition dated October 30, 2020, established is granted, the charges in the verified petition are deemed established, and, effective immediately, the respondent is disbarred and his name is stricken from the roll of attorneys and counselors-at-law. The Grievance Committee's separate motion, inter [*2]alia, to immediately suspend the respondent from the practice of law is denied as academic.

MASTRO, A.P.J., RIVERA, CHAMBERS, AUSTIN and DUFFY, JJ., concur.

ORDERED that the Grievance Committee's motion to deem the charges in the verified petition dated October 30, 2020, established is granted, and the Grievance Committee's separate motion, inter alia, to immediately suspend the respondent, Hugo G. Salazar, admitted as Hugo Gustavo Salazar, from the practice of law is denied as academic; and it is further,

ORDERED that pursuant to Judiciary Law § 90, effective immediately, the respondent, Hugo G. Salazar, admitted as Hugo Gustavo Salazar, is disbarred, and his name is stricken from the roll of attorneys and counselors-at-law; and it is further,

ORDERED that the respondent, Hugo G. Salazar, admitted as Hugo Gustavo Salazar, shall comply with the rules governing the conduct of disbarred or suspended attorneys (see 22 NYCRR 1240.15); and it is further,

ORDERED that pursuant to Judiciary Law § 90, the respondent, Hugo G. Salazar, admitted as Hugo Gustavo Salazar, is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding himself out in any way as an attorney and counselor-at-law; and it is further,

ORDERED that if the respondent, Hugo G. Salazar, admitted as Hugo Gustavo Salazar, has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith to the issuing agency, and the respondent shall certify to the same in his affidavit of compliance pursuant to 22 NYCRR 1240.15(f).

ENTER:

Aprilanne Agostino

Clerk of the Court

Some case metadata and case summaries were written with the help of AI, which can produce

# Exhibit 45



# Exhibit 46



**New York City Comptroller**
**Brad Lander**

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

Form Version:     NYC-COMPT-BLA-PI1-E

# Personal Injury Claim Form

Electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's
website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal
action in a court of law before the expiration of this time period to preserve your rights.

**I am filing:** ● On behalf of myself.          ○ Attorney is filing.

○ On behalf of someone else. If on someone else's   **Attorney Information (if claimant is represented by attorney)**
behalf, please provide the following information.

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Relationship to the claimant: | |

**Claimant Information**

| | |
|---|---|
| *Last Name: | GU |
| *First Name: | FEIFEI |
| *Address: | 2526 85TH ST |
| Address 2: | |
| *City: | BROOKLYN |
| *State: | NEW YORK |
| *Zip Code: | 11214 |
| *Country: | USA |
| Date of Birth: | *Format: MM/DD/YYYY* |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | *Format: MM/DD/YYYY* |
| Phone: | |
| *Email Address: | FG1011@NYU.EDU |
| *Retype Email Address: | FG1011@NYU.EDU |
| Occupation: | |
| City Employee? | ○ Yes  ○ No  ○ NA |
| Gender | ○ Male  ○ Female  ○ Other |

**Attorney Information (if claimant is represented by attorney)**

| | |
|---|---|
| +Firm or Last Name: | |
| +Firm or First Name: | |
| +Address: | |
| Address 2: | |
| +City: | |
| +State: | |
| +Zip Code: | |
| Tax ID: | |
| Phone #: | |
| +Email Address: | |
| +Retype Email Address: | |

**The time and place where the claim arose**

| | |
|---|---|
| *Date of Incident: | 01/12/2024  *Format: MM/DD/YYYY* |
| Time of Incident: | *Format: HH:MM AM/PM* |
| *Location of Incident: | 2526 85TH ST |
| Address: | |
| Address 2: | |
| City: | |
| *State: | NEW YORK |
| Borough: | BROOKLYN (KINGS) |

**\* Denotes required fields.**
**+Denotes field that is required if attorney is filing.**
**A Claimant OR an Attorney Email Address is required.**



New York City Comptroller
Brad Lander

**\*Manner in which claim arose:**

FALSE ARREST, ARREST WITHOUT PROBABLE CAUSE, FALSE IMPRISONMENT, MALICIOUS PROSECUTION, BY VARIOUS NYPD OFFICERS AND ADA.

*\* Denotes required field.*



**New York City Comptroller**
**Brad Lander**

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

| The items of damage or injuries claimed are (include dollar amounts): | PAIN AND SUFFERING EMOTIONAL DISTRESS |
| --- | --- |



**New York City Comptroller**
**Brad Lander**

## Medical Information

| | |
|---|---|
| 1st Treatment Date: | *Format: MM/DD/YYYY* |
| Hospital/Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Date Treated In Emergency Room: | *Format: MM/DD/YYYY* |

Was claimant taken to hospital by an ambulance?   ○ Yes   ○ No   ○ NA

## Employment Information (If claiming lost wages)

| | |
|---|---|
| Employer's Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

## Treating Physician Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

## Witness 1 Information

| | |
|---|---|
| Last Name: | CHAN |
| First Name: | YU HIN |
| Address | 2526 85TH ST |
| Address 2: | |
| City: | BROOKLYN |
| State: | NEW YORK |
| Zip Code: | 11214   Phone: |

## Witness 2 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

## Witness 3 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

## Witness 4 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

## Complete if claim involves a NYC vehicle

**Owner of vehicle claimant was traveling in**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

**Non-City vehicle driver**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

**Non-City vehicle information**

Make, Model, Year of Vehicle:

Plate #:

VIN #:

**City vehicle information**

Plate #:

City Driver Last Name:

City Driver First Name:

Description of claimant:

- ○ Driver
- ○ Pedestrian
- ○ Motorcyclist
- ○ Passenger
- ○ Bicyclist
- ○ Other

**Total Amount Claimed:**   $100,000,000.00    Format: Do not include "$" or ",".

*The **Total Amount Claimed** can only be entered once the following required fields are entered:*

*Claimant Last Name*
*Claimant First Name*
*Claimant Address,City,State,Zip Code, and Country*
*Claimant Email or Attorney Email*
*Date of Incident*
*Location of Incident (including State)*
*Manner in which claim arose*

*If attorney is filing, the following fields are also required:*
*Attorney Last Name, First Name, Address, City, State, Zip Code, Email*

*I certify that all information contained in this notice is true and correct to the best of my knowledge and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties and civil liabilities.*